UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**VERITEXT CORP.**                                          **CIVIL ACTION**

**VERSUS**                                                  **NO. 16-13903 C/W**
                                                            **17-9877**
                                                            **REFERS TO: 17-9877**

**PAUL A. BONIN, ET AL.**                                   **SECTION: "B"(2)**

### JUDGMENT

In a separate order and reasons, defendants Louisiana Board of Examiners of Certified Shorthand Reporters'[1] ("the CSR Board") and Louisiana Court Reporters' Association's ("LCRA") motions to dismiss (Rec. Doc. 92 & Rec. Doc. 93) were granted. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff Esquire Deposition Solutions, LLC's ("Esquire") constitutional vagueness claims against all defendants are hereby **DISMISSED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that plaintiff Esquire's Sherman Antitrust Act claim against defendant LCRA is hereby **DISMISSED**.

New Orleans, Louisiana this 27th day of September, 2019

SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Paul A. Bonin, Vincent P. Borello, Jr., Milton Donnegan, John H. Andressen, Mary F. Dunn. Suzette Magee, Kimya M. Holmes, Elizabeth C. Methvin, and Laura Putnam in their official capacities as members of the Louisiana Board of Examiners of Certified Shorthand Reporters' (collectively "The CSR Board") and John H. Andressen, Vincent P. Borello, Jr., Milton Donegan, Jr., Suzette Magee, May F. Dunn, and Elizabeth C. Methvin, in their individual capacities as members of the CSR Board.